IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARMANE D. OGAWA,**<br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**NATIONWIDE FINANCIAL SERVICES, INC.,**<br>　　　　**Defendant.** | **CIVIL ACTION**<br><br>**NO. 14-3147** |

## ORDER

**AND NOW**, this 2nd day of April, 2015, upon consideration of Defendant Nationwide Financial Services, Inc.'s Motion for Summary Judgment [ECF No. 16], the Plaintiff's response in opposition thereto [ECF No. 17], and the Defendant's reply [ECF No. 18], and for the reasons provided in the Court's Opinion of April 2, 2015 [ECF No. 21], **IT IS ORDERED** that the motion for summary judgment is **GRANTED**, and **JUDGMENT IS ENTERED IN FAVOR** of Defendant, Nationwide Financial Services, Inc., and **AGAINST** Plaintiff, Charmane D. Ogawa.

　　　　The Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**